September 10, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CHRISTOPHER NEWBY, Appellant

NO. 14-13-00151-CR                     V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in judgment. The Court orders the judgment **AFFIRMED**, and that this decision be certified below for observance.

We further order appellant to pay all costs expended in the appeal.